AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

**FILED**

APR – 4 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>JEREMY L. CAWTHON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.   4:19 MJ 7151 SPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 1, 2019  to present _____ in the county of _____ St. Charles, Missouri _____ in the

_____ Eastern _____ District of _____ Missouri _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmit in interstate commerce any communication containing a threat to injure a person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Michael Christian, FBI

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4.4.2019

_____
*Judge's signature*

City and state:         St. Louis, Missouri                    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

_____
*Printed name and title*