UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 11 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4:19CR00281 RLW/NCC** |
| ) | |
| JEREMY L. CAWTHON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

On or about April 1, 2019, in St. Charles County, Missouri, within the Eastern District of Missouri, the defendant,

**JEREMY L. CAWTHON,**

the Defendant herein, did knowingly transmit in interstate commerce a communication, that is a Facebook posting, which contained a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
HOWARD J. MARCUS, #29756MO
Assistant United States Attorney